UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL, | No. 2:17-cv-0063 CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. (See ECF No. 9.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted;

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint;

3. Upon the filing of an amended complaint, or expiration of the time allowed therefor, the court will make further orders for service of process upon some or all of the defendants.

Dated: May 9, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
bell0063.36