UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Defendants. | No. 2:17-cv-0063 MCE CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 20, 2018, plaintiff filed a motion for discovery that is currently pending before the court. ECF No. 31. However, the Discovery and Scheduling Order issued on June 21, 2018 stated that all discovery requests are to be served on the attorney for defendants and are not to be filed with the court. ECF No. 29 at 4.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for discovery is denied as improperly filed.

Dated: July 31, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.discomotion.docx

1