# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL XAVIER BELL,

       Plaintiff,                    No. 2:17-cv-00063 MCE CKD P

vs.

MICHAEL MARTEL, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                              /        **AD TESTIFICANDUM**

Michael Xavier Bell, inmate # T-43037, a necessary and material witness in proceedings in this case on January 22, 2019, is confined in the Men's Central Jail, 441 Bauchet Street, Los Angeles, CA 90012, in the custody of the Sheriff; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, **to appear by telephonic conferencing** at the Men's Central Jail, on January 22, 2019, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify **by telephonic-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Legal Unit at the Men's Central Jail via facsimile transmission at (213) 626-5961.

4. On January 22, 2019, no later than 9:00 a.m., the assigned jail official shall call 1-888-363-4734 and, when prompted, use the access code 1245690 plus #, and security code 4223 plus #.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Sheriff of the Men's Central Jail, 441 Bauchet Street, Los Angeles, CA 90012:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: January 10, 2019

                                                      /s/ Carolyn K. Delaney
                                                      CAROLYN K. DELANEY
12/bell0063.90.docx                                    UNITED STATES MAGISTRATE JUDGE