UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL, | Case No. 2:17-cv-00063-MCE-CKD |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| MARTEL, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983. The court has determined that this case will benefit from a settlement conference. Therefore, this case will be referred to Magistrate Judge Rozella A. Oliver to conduct a settlement conference on May 17, 2019 at 1:30 p.m. Counsel for defendants shall personally appear.

In accordance with the above, **IT IS HEREBY ORDERED** that:

1. This case is set for a settlement conference before Magistrate Judge Rozella A. Oliver on May 17, 2019 at 1:30 p.m. at **255 East Temple Street, Los Angeles, CA, Courtroom 590**.
2. A representative with full and unlimited authority to negotiate and enter into a binding settlement on the defendants' behalf shall attend in person by video-conference or telephone.

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. Defendants shall email a confidential settlement statement to RAO_Chambers@cacd.uscourts.gov by May 14, 2019. Plaintiff may submit an optional confidential settlement statement. Plaintiff shall mail any statement Attn: Magistrate Judge Rozella A. Oliver, United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012 so it arrives no later than May 14, 2019. The envelope shall be marked "CONFIDENTIAL SETTLEMENT STATEMENT." Settlement statements should NOT be filed with the Clerk of the Court NOR served on any other party. The confidential settlement statement shall be **no longer than seven pages** in length, typed or neatly printed, and include the following:

    a. A brief statement of the facts of the case, including each party's claims and defenses.
    b. The relief sought.
    c. A summary of the proceedings to date. The Statement shall also set forth the date(s) any party filed or intends to file any dispositive motion.
    d. A history of past settlement discussions, offers, and demands.
    e. A forthright evaluation of the party's likelihood of prevailing on each of his, her, or its claims and/or defenses.
    f. The approximate amount of attorney's fees, time and costs expended to date, and an estimate of the fees, time and costs to be expended for (i) further discovery; (ii) pretrial; and (iii) trial.
    g. The party's evaluation of the terms on which the case could be settled reasonably and fairly, taking into account the litigation position and

settlement position of the other side.

   h. Any other relevant circumstances that counsel believe will assist the Court in conducting the settlement conference.

5. The Clerk of the Court is directed to serve a copy of this order on the Los Angeles County Sheriff and the Litigation Coordinator at Men's Central Jail by email.

**IT IS SO ORDERED.**

Dated: May 6, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE