# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

MICHAEL XAVIER BELL,

        Plaintiff,                     Case No.: 2:17-cv-0063 MCE (CKD)

vs.

MICHAEL MARTEL, et al.,

        Defendants.              ORDER & WRIT OF HABEAS CORPUS
_____/     AD TESTIFICANDUM

      MICHAEL XAVIER BELL, BK NO 5488643, a necessary and material witness in proceedings in this case on MAY 17, 2019, is confined in MEN'S CENTRAL JAIL, Terminal Annex, PO Box 86164, Los Angeles, CA 90086. In order to secure this inmate's IN PERSON attendance it is necessary that a Writ of Habeas Corpus ad Testificandum to issue commanding the custodian to produce the inmate **IN PERSON at the Courthouse located at 255 East Temple Street, Los Angeles, CA, Courtroom 590** before Magistrate Judge Rozella A. Oliver on **MAY 17, 2019, at 1:30 p.m.**

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Los Angeles County Sheriff, Alex Villanueva, to produce the inmate named above to participate in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Oliver;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:** The Sheriff of the County of Los Angeles, Alex Villanueva, Terminal Annex at PO BOX 86164, Los Angeles, CA 90086-0164:

      **WE COMMAND** you to produce the inmate named above to testify **IN PERSON** before Judge Oliver at the Roybal Federal Courthouse, located at 255 East Temple Street, Courtroom 590 at the time and place above, until completion of the mediation conference or as ordered by Judge Oliver; and thereafter to return the inmate to the above institution immediately.

Dated: May 6, 2019

                                                      _____
                                                      CAROLYN K. DELANEY
                                                      UNITED STATES MAGISTRATE JUDGE