UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Defendants. | No. 2:17-cv-00063-MCE-CKD<br><br><br><br>ORDER |

Plaintiff is a state inmate proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 20, 2019 the court denied plaintiff's motion to compel without prejudice based in part on defendants' representation in their opposition that they "anticipate[d] completing the responses [to plaintiff's discovery requests] before July 9, 2019" and "that to the extent a new deadline for responses is set, the deadline be set then or thereafter." ECF No. 67 at 2. As a result of this representation, the court did not enter a stay of the discovery deadlines governing this case pending the August 1, 2019 scheduled settlement conference.

Defendants have now filed a motion for an order vacating all the discovery deadlines in this case in order to avoid any additional time and expense in responding to discovery as well as in deposing plaintiff. ECF No. 72. The court is not inclined to stay all discovery deadlines in this case based on respondent's prior representation. However, the court understands that defendants are attempting to conserve their finite resources.

With the exception of defendants' July 9, 2019 deadline for responding to plaintiff's discovery requests, all other discovery deadlines are hereby vacated and this case is stayed pending the August 1, 2019 settlement conference.

Accordingly, IT IS HEREBY ORDERED that defendants' motion for an order vacating discovery deadlines (ECF No. 72) is granted in part and denied in part as indicated herein.

Dated: June 21, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.motiontostay.docx