UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL MARTEL, et al.,<br><br>  Defendants. | No. 2:17-cv-0063-MCE-CKD-P<br><br>FINDINGS AND RECOMMENDATIONS |

By order filed August 8, 2019, plaintiff was ordered to show cause, within 14 days, why this action should not be dismissed for failing to comply with a court order. Plaintiff was warned that failure to respond to the order to show cause would result in this action being dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The fourteen-day period has now expired, and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 28, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.fsc.docx