UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>  Defendants. | No.  2:17-cv-00063-MCE-CKD  (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner currently in custody at the L.A. Men's Central Jail. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 14, 2020, defendants filed a motion to modify the discovery and scheduling order which plaintiff has not opposed. ECF No. 88. Also pending before the court is defendants' motion for summary judgment based on plaintiff's failure to exhaust his administrative remedies on all claims except the excessive force claims against defendants Wagner and Richardson. ECF No. 86. In light of the pending summary judgment motion as well as the difficulties in scheduling related to plaintiff's custody status and COVID-19, the court will stay all discovery in this case and vacate all deadlines pending resolution of the motion for summary judgment. The discovery deadlines governing this case will be reset as necessary following resolution of the pending summary judgment motion.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 88) is granted for good cause shown.
2. All pending deadlines in this case are vacated and will be reset as necessary following resolution of defendants' motion for summary judgment.
3. Discovery is stayed pending further order of the court.

Dated:  June 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.EOTdisco.docx