UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL, | No. 2:17-cv-00063-MCE-CKD P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff is a state inmate proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. 1983. On October 15, 2020, this court vacated all pending deadlines based on plaintiff's ongoing custody at the Los Angeles County Men's Central Jail. The court further ordered plaintiff to file an updated status report within 14 days of his transfer to any CDCR institution. A review of CDCR's online inmate records indicates that plaintiff has been transferred to the California Health Care Facility.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing within 14 days from the date of this order why he failed to inform the court of his change of address as required by this court's prior order and Local Rule 182(f).

2. Failure to respond to this court's order shall result in a recommendation that this action be dismissed based on plaintiff's failure to keep the court apprised of his

1

1     current address. <u>See</u> Local Rules 182(f) and 110.

2 Dated: April 13, 2021

3     _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10 12/bell0063.osc.docx