UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MARTEL, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-00063-MCE-CKD P<br><br><br><br>ORDER |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On August 11, 2022, defendants filed a Notice of Settlement.  ECF No. 106.  However, dispositional documents to dismiss this case have not been filed as required by Local Rule 160.  The court will require the dispositional documents to be filed within 21 days from the date of this order.  A party's failure to cooperate with the submission of the dispositional documents may be grounds for sanctions pursuant to Local Rule 160(b).  In the event that dispositional documents cannot be obtained, a notice shall be filed with the court explaining what efforts have been made to obtain them and why they have not been signed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 21 days from the date of this order, dispositional documents or a notice explaining why such dispositional documents cannot be obtained shall be filed with the court.

2. An additional copy of this order shall be served on plaintiff at 1100 W. 93rd Street, Los Angeles, CA 90044.

Dated: November 18, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.osc.dispodocs.docx