UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL, | No. 2:17-cv-00063-MCE-CKD P |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL MARTEL, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. A review of the docket in this case indicates that plaintiff has failed to update his address of record as required by Local Rule 183(b). The docket also indicates that although a notice of settlement was filed on August 11, 2022, the dispositional documents have not been filed based on plaintiff's lack of signature. See ECF Nos. 106, 108. Therefore, plaintiff will be ordered to show cause why he has failed to: 1) update his mailing address upon his release from custody; and, 2) sign and return the dispositional documents that were mailed to him and emailed to his counsel in another case per his request. See ECF No. 108. Plaintiff's failure to respond to this order within the time provided will result in a recommendation that this action be dismissed for failing to comply with a court order. See Fed. R. Civ. P. 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within 21 days from the date of this order why he has

1

failed to: 1) update his mailing address upon his release from custody; and, 2) sign and return the dispositional documents that were mailed to him and emailed to his counsel in another case per his request.

2. Plaintiff's failure to respond to this order within the time provided will result in a recommendation that this action be dismissed for failing to comply with a court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3. A courtesy copy of this order shall be served on plaintiff at 1100 W. 93rd Street, Los Angeles, CA 90044.

Dated:  December 20, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.osc.settle.docx

2