UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Defendants. | No.  2:17-cv-00063-MCE-CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

  By order filed December 20, 2022, plaintiff was ordered to show cause, within twenty-one days, why he has failed to update his mailing address upon his release from custody, and to sign and return the dispositional documents that were mailed to him.  ECF No. 109.  Plaintiff was warned that failure to respond to the order to show cause would result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The twenty-one day period has now expired, and plaintiff has not responded to the court's order.

  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 18, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bell0063.fsc