UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL XAVIER BELL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTEL, et al.,<br><br>Defendants. | No. 2:17-cv-00063 DJC CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion asking that this case be re-opened. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a response to the motion within 14 days.

2. Plaintiff may file a reply within 14 days of service of the response.

Dated: August 28, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
bell0063res

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28